AO 91 (Rev. 11/11) Criminal Complaint     SAUSA Jill Bhalakia (312) 353-5159

**FILED**
**11/21/2025**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | CASE NUMBER: 25 CR 754 |
|---|---|
| v. | |
| ADRIAN RAMOS GONZALEZ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about October 21, 2025, at Carol Stream, Illinois, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8, United States Code, Section 1326(a) | being an alien who previously had been deported and removed from the United States on or about May 29, 2024, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication by defendant for admission into the United States |

This criminal complaint is based upon these facts:

   X    Continued on the attached sheet.

*/s/ David Fitzpatrick*

DAVID FITZPATRICK
Special Agent, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: November 21, 2025     */s/ Laura K. McNally*

*Judge's signature*

City and state: Chicago, Illinois     Laura K. McNally, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

AFFIDAVIT

I, DAVID FITZPATRICK, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so employed since approximately November of 2004. My current responsibilities include the investigation of federal criminal violations, including deportation violations and investigations involving criminal aliens.

2. This affidavit is submitted in support of a criminal complaint alleging that ADRIAN RAMOS GONZALEZ, has violated Title 8, United States Code, Section 1326(a), reentry of removed alien, by being present and found in the United States after having been deported. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging GONZALEZ with reentry of removed alien, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that GONZALEZ committed the offense stated in the complaint.

3. The facts set forth in this affidavit are based on my personal knowledge; my training and experience; my review of records maintained by the FBI, the Department of Justice, Immigration and Customs Enforcement, other components of the

Department of Homeland Security, and other government agencies, and information provided to me by various law enforcement personnel and witnesses.

4. According to DHS records, GONZALEZ is a native of Mexico and citizen of Mexico and has no claim to United States citizenship or lawful residence.

5. According to DHS records, on or about May 29, 2024, GONZALEZ was arrested by U.S. Customs and Border Protection for alien inadmissibility under Section 212 of the Immigration and Nationality Act. Following his arrest, GONZALEZ was fingerprinted. The fingerprints taken were uploaded into NCIC and used to create GONZALEZ's FBI Number.

6. According to DHS records, on or about May 29, 2024, GONZALEZ was ordered removed from the United States by an Immigration Officer.

7. According to DHS records, on or about May 29, 2024, immigration officials served GONZALEZ with a DHS Form I-296 (Notice to Alien Ordered Removed/Departure Verification). Defendant's signature, photo, and fingerprint appear on the DHS Form I-296.

8. According to DHS records, on or about May 29, 2024, GONZALEZ was removed from the United States at or near Nogales, Arizona.

9. DHS records reflect that defendant has not applied for or received permission from the Secretary of the Department of Homeland Security to reenter the United States.

10. On or about October 21, 2025, defendant was arrested by the Carol Stream Police Department for aggravated DUI. Following this arrest, GONZALEZ was again fingerprinted.

11. According to FBI Criminal Justice Information Services Division fingerprint comparison reports, the fingerprints taken from GONZALEZ on or about October 21, 2025, and associated with GONZALEZ's FBI number, are identical to the fingerprints taken of the individual who was removed from the United States on or about May 29, 2024.

12. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about October 21, 2025, in Carol Stream, Illinois, in the Northern District of Illinois, Eastern Division, ADRIAN RAMOS GONZALEZ, being an alien last removed from the United States on or about May 29, 2024, was found in the United States without previously having obtained the express

consent of the Secretary of the Department of Homeland Security, for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

FURTHER AFFIANT SAYETH NOT.

*David Fitzpatrick*

DAVID FITZPATRICK
Special Agent, Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on November 21, 2025.

*Laura K. McNally*

LAURA K. MCNALLY
United States Magistrate Judge